# EXHIBIT 1

*Side-by-Side Comparison: Cinematographic Staging and Composition*










Bottom: WCWA Tier 1 Sequence (Original);
Top: WWE Bloodline Sequence (Infringing).

Related paragraphs 25, 52